# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Beford,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                       3:12-cv-00170

Compass Group USA, Inc.,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2012 Order.

Signed: May 18, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court